IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. AND CELLTECH MANUFACTURING CA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. _____ ) ) |
| KV PHARMACEUTICAL COMPANY, | ) ) ) |
| Defendant. | ) |

### PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiffs state that Celltech Manufacturing CA, Inc. is a wholly-owned subsidiary of UCB, Inc. UCB Holdings, Inc. owns 100% of the voting stock of UCB, Inc.; and UCB, SA, which is publicly traded, owns 100% of UCB Holdings, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiffs*
 *UCB, Inc. and Celltech Manufacturing CA, Inc.*

*Of Counsel:*
Robert L. Baechtold
Scott K. Reed
Ha Kung Wong
FITZPATRICK, CELLA,
  HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

April 18, 2008