AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of     **DELAWARE**

UCB, Inc. and Celltech Manufacturing CA, Inc.,

    Plaintiffs,

v.

KV Pharmaceutical Company,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 8 - 2 2 3

TO:    KV Pharmaceutical Company
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within (20) twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK                      DATE   4/21/08

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  4/21/08 |
| NAME OF SERVER *(PRINT)*  Clark Running | TITLE  Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By hand delivering a copy of the summonses and complaint to KV Pharmaceutical Company c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, DE  19801

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/21/08
             *Date*

*Signature of Server*
1201 Market Street
P.O. Box 1347
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.