**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and CELLTECH MANUFACTURING CA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 08-223 (JJF) |
| KV PHARMACEUTICAL COMPANY, | ) ) | |
| Defendant. | ) | |

### DEFENDANT KV PHARMACEUTICAL
### COMPANY'S RULE 7.1 DISCLOSURE

Defendant KV Pharmaceutical Company, a non-governmental corporate party, has no parent

corporation and no publicly-held corporation owns 10% or more of its stock.

_Of counsel_

Richard L. DeLucia
Charles A. Weiss
Robert F. Vroom
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

DATED: May 30, 2008

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

_Attorneys for Defendant_
_KV Pharmaceutical Company_

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

### BY HAND

Karen Jacobs Louden
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on May 30, 2008, I sent the foregoing document by Federal Express,

to the following non-registered participants:

Robert L. Baechtold
Scott K. Reed
Ha Kung Wong
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112

_____
Chad M. Shandler (#3796)
shander@rlf.com