IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. AND CELLTECH MANUFACTURING CA, INC., ) ) ) | |
| Plaintiffs, ) ) ) C.A. No. 08-223 (JJF) | |
| v. ) ) | |
| KV PHARMACEUTICAL COMPANY, ) ) ) | |
| Defendant. ) | |

### REPLY TO COUNTERCLAIMS

Plaintiffs UCB, Inc, and Celltech Manufacturing CA, Inc., ("Plaintiffs") hereby reply to the numbered paragraphs of the counterclaim of defendant KV Pharmaceutical Co. ("Defendant") as follows:

25. Plaintiffs admit that Defendant has filed a counterclaim purporting to arise under the patent laws of the United States. Plaintiffs admit the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338 and 2201-2202, and do not contest personal jurisdiction or venue in this judicial district.

26. Plaintiffs admit that UCB holds marketing approval for Metadate CD® from the FDA and markets this product in this judicial district and throughout the United States.

27. On information and belief, Plaintiffs admit that Defendant holds pending ANDA No. 90-117. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph.

28. Plaintiffs admit that they have sued KV for infringing the '215 patent. Plaintiffs also admit that, accordingly, there is an actual case or controversy between KV and

UCB concerning the validity and infringement of the '215 patent, but they deny that the '215 patent is invalid or not infringed.

29. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

30. Plaintiffs admit that claim 1 of the '215 patent, which speaks for itself, contains the quoted language.

31. This paragraph states a legal conclusion, as to which no response is required.

32. Plaintiffs admit the '215 patent is listed in the Orange Book for Metadate CD® at the 10, 20, 30, and 40 mg dosage strengths.

33  Plaintiffs admit that the '215 patent is not currently listed in the Orange Book for Metadate CD® for the 50 or 60 mg dosage strengths.

34. Plaintiffs deny the allegations of paragraph 34.

35. Plaintiffs deny the allegations of paragraph 35.

36. Plaintiffs deny the allegations of paragraph 36.

37. Plaintiffs deny the allegations of paragraph 37.

38. Plaintiffs deny the allegations of paragraph 38.

39. Plaintiffs deny the allegations of paragraph 39.

40. Plaintiffs deny the allegations of paragraph 40.

41. Plaintiffs deny the allegations of paragraph 41.

42. Plaintiffs deny the allegations of paragraph 42.

43  Plaintiffs deny the allegations of paragraph 43.

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Jack B. Blumenfeld*

                        Jack B. Blumenfeld (#1014)
                        Karen Jacobs Louden (#2881)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                        jblumenfeld@mnat.com
                        klouden@mnat.com

                        *Attorneys for Plaintiffs*
                           *UCB, Inc. and Celltech Manufacturing CA, Inc.*

*Of Counsel:*

Robert L. Baechtold
Scott K. Reed
Ha Kung Wong
Jamar W. Tyndale
FITZPATRICK, CELLA,
   HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
(212) 218-2100

June 23, 2008

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Fredrick L. Cottrell, Esquire
>Chad M. Shandler, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on June 23, 2008 upon the following in the manner indicated:

Fredrick L. Cottrell, III, Esquire  *VIA ELECTRONIC MAIL*
Chad M. Shandler, Esquire           *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard L. DeLucia, Esquire         *VIA ELECTRONIC MAIL*
Charles A. Weiss, Esquire
Robert F. Vroom, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004

_____
Jack B. Blumenfeld (#1014)