IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. AND CELLTECH MANUFACTURING CA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 08-223 (JJF) ) |
| KV PHARMACEUTICAL COMPANY, | ) ) |
| Defendant. | ) |

## PLAINTIFFS' DEMAND FOR JURY TRIAL

Plaintiffs UCB, Inc. and Celltech Manufacturing CA, Inc. hereby request a jury trial on all issues so triable.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com

  *Attorneys for Plaintiffs*
  *UCB, Inc. and Celltech Manufacturing CA, Inc.*

Of Counsel:

Robert L. Baechtold
Scott K. Reed
Ha Kung Wong
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

July 3, 2008
2395372

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Fredrick L. Cottrell, Esquire
>Chad M. Shandler, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on July 3, 2008 upon the following in the manner indicated:

Fredrick L. Cottrell, III, Esquire  *VIA ELECTRONIC MAIL*
Chad M. Shandler, Esquire  *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard L. DeLucia, Esquire  *VIA ELECTRONIC MAIL*
Charles A. Weiss, Esquire
Robert F. Vroom, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden (#2881)