IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. AND CELLTECH MANUFACTURING CA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-223 (JJF) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Scott K. Reed, Steven C. Kline, Ha Kung Wong and Jamar W. Tyndale of FITZPATRICK, CELLA, HARPER & SCINTO, 30 Rockefeller Plaza, New York, NY 10112-3801 to represent plaintiffs UCB, Inc. and Celltech Manufacturing CA, Inc.

                                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                      */s/ Karen Jacobs Louden*
                                                      Jack B. Blumenfeld (#1014)
                                                      Karen Jacobs Louden (#2881)
                                                      1201 North Market Street
                                                      P.O. Box 1347
                                                      Wilmington, DE  19899-1347
                                                      (302) 658-9200
                                                      klouden@mnat.com
                                                          *Attorneys for Plaintiffs UCB, Inc. and Celltech*
                                                          *Manufacturing CA, Inc.*

August 19, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Scott K. Reed, Steven C. Kline, Ha Kung Wong and Jamar W. Tyndale is granted.

Dated: _____     _____
                                                                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: August 18, 2008

Steven C. Kline
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
(212) 218-2100

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be ☐ submitted to the Clerk's Office upon the filing of this motion.

Date: 8/14/08

Scott K. Reed
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
(212) 218-2100

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 8/13/08

Ha Kung Wong
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
(212) 218-2100

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/13/08

Jamar W. Tyndale
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
(212) 218-2100

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing were caused to be served on August 19, 2008 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL**
**and HAND DELIVERY**

Fredrick L. Cottrell, III
Chad M. Shandler
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**

Richard L. DeLucia
Charles A. Weiss
Robert F. Vroom
KENYON & KENYON LLP
One Broadway
New York, NY 10004

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden (#2881)