IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and CELLTECH MANUFACTURING CA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-223 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Richard L. DeLucia, Esquire and J. Ryan Yates, Esquire to represent Defendant KV Pharmaceutical Company in the above-captioned matter.

                                                 /s/ Frederick L. Cottrell, III
                                                 Frederick L. Cottrell, III (#2555)
                                                 cottrell@rlf.com
                                                 Chad M. Shandler (#3796)
                                                 shandler@rlf.com
                                                 Richards, Layton & Finger, P.A.
                                                 One Rodney Square, P.O. Box 551
                                                 Wilmington, DE 19801
                                                 (302) 651-7700

Dated: August 25, 2008                 *Attorneys for Defendant*
                                                 *KV Pharmaceutical Company*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

                                                 _____
                                                 United States District Judge

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

_____
Richard L. DeLucia

Dated: August 20, 2008

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
J. Ryan Yates

Dated: August 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Karen Jacobs Louden
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on August 25, 2008, I sent the foregoing document by Federal Express, to the following non-registered participants:

Robert L. Baechtold
Scott K. Reed
Ha Kung Wong
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

/s/ Chad M. Shandler

Chad M. Shandler (#3796)
shander@rlf.com